Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*April 17, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. **4:26-mj-260** |
| **JEREMY CHRISTOPHER FORD,** **a.k.a. "ALLSTAR JR,"** | (UNDER SEAL) |
| Defendant. | |

### MOTION TO SEAL

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to seal the affidavit, complaint and warrant in the above referenced case for 180 days or until the defendant's arrest, whichever occurs sooner.

Dated: April 17, 2026

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By: _____
Byron H. Black
Assistant United States Attorney
SDTX Fed. No. 3874745
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9432
Email: Byron.Black@usdoj.gov

1