**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEREMY CHRISTOPHER FORD,
a.k.a. "ALLSTAR JR,"

Defendant.

Case No. ___4:26-mj-260___

(UNDER SEAL)

### O R D E R

The United States' Motion to Seal the affidavit, complaint, and warrant in the above-referenced case is GRANTED and the documents are ordered sealed for 180 days or until the defendant's arrest, whichever occurs sooner.

Signed in Houston, Texas, this the 17th day of April 2026.

_____
HONORABLE YVONNE Y. HO
United States Magistrate Judge
Southern District of Texas

2